IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–N–203 (OES)

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

GLOBAL VENDING SERVICES, INC.
a/k/a DEAL VENTURES a/k/a OB VENDING,
a Las Vegas corporation and
NICHOL G. CHOMAKOS and
MATTHEW A. CAPICCIONI;
its Officer(s) and Director(s),

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation for Entry of Default Judgment" filed August 15, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

2. Plaintiff's Motion for Default Judgment (#9) is GRANTED. The clerk shall enter default judgment against Defendants Global Vending Services, Inc., and Nichol G. Chomakos.

3. Plaintiff shall be awarded monetary damages against Defendants Global Vending Services, Inc., and Nichol G. Chomakos in the total sum of $207,260.00, with statutory interest to accrue from and after the date of entry of judgment.

4. An injunction shall be entered against Defendants Defendants Global Vending Services, Inc., and Nichol G. Chomakos that permanently enjoins either defendant from future transmissions of unsolicited facsimiles in violation of the Telephone Consumer Protection Act.

DATED this 21st day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge